## No. D-2512. In the Matter of Disbarment of Nikita V. Mackey.

562 U.S. 999, 131 S. Ct. 556, 178 L. Ed. 2d 411, 2010 U.S. LEXIS 8374.

November 1, 2010. Disbarment entered.

Former order, 562 U.S. 810, 131 S. Ct. 400, 178 L. Ed. 2d 265, 2010 U.S. LEXIS 7581.

## No. D-2541. In the Matter of Disbarment of Richard Brian Simring.

562 U.S. 1000, 131 S. Ct. 556, 178 L. Ed. 2d 411, 2010 U.S. LEXIS 8337.

November 1, 2010. Disbarment entered.

Former order, 562 U.S. 814, 131 S. Ct. 405, 178 L. Ed. 2d 270, 2010 U.S. LEXIS 7621.

## No. D-2550. In the Matter of Disbarment of Richard Charles Bagdasarian.

562 U.S. 1000, 131 S. Ct. 556, 178 L. Ed. 2d 411, 2010 U.S. LEXIS 8373.

November 1, 2010. Disbarment entered.

Former order, 562 U.S. 815, 131 S. Ct. 407, 178 L. Ed. 2d 271, 2010 U.S. LEXIS 7484.

## No. D-2560. In the Matter of Joseph Wayne Dean.

562 U.S. 1000, 131 S. Ct. 556, 178 L. Ed. 2d 411, 2010 U.S. LEXIS 8445.

November 1, 2010. Joseph Wayne Dean, of Raleigh, North Carolina, having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys permitted to the practice of law before this Court. The Rule to Show Cause, issued on October 4, 2010, is discharged.

## No. 10-6833 (R46-004). Eugene Thomas, Petitioner v. Louisiana.

562 U.S. 1027, 131 S. Ct. 556, 178 L. Ed. 2d 411, 2010 U.S. LEXIS 8661.

November 3, 2010. The petition for writ of certiorari to the Court of Appeal of Louisiana, Fourth Circuit, in the above-entitled case was dismissed today pursuant to Rule 46 of the Rules of this Court.

Same case below, 54 So. 3d 1.

## No. 10-7364 (10A456). Phillip D. Hallford, Petitioner v. Alabama.

562 U.S. 1027, 131 S. Ct. 556, 178 L. Ed. 2d 411, 2010 U.S. LEXIS 8662.

November 4, 2010. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Alabama denied.